# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0310
LT Case No. 2012-CF-10916-A

_____

REYNALDO R. CATO,

  Appellant,

  v.

STATE of FLORIDA,

  Appellee.

_____

3.800 appeal from Circuit Court for Duval County.
Tatiana Salvador, Judge.

Reynaldo R. Cato, Lake City, pro se.

No Appearance for Appellee.

March 5, 2024

PER CURIAM.

  AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY, and EISNAUGLE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---